NATURAL ORGANICS, INC., Respondent, v ONEBEACON AMERICA INSURANCE CO., Appellant.

Submitted September 3, 2013; decided November 21, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIA FRATANGELO, Appellant.

Submitted October 15, 2013; decided November 21, 2013

Motion to vacate this Court's September 27, 2013 preclusion order granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHIH-SIANG SHAWN LIAO, Appellant, v ANDREW M. CUOMO et al., Respondents.

Decided November 21, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.